**FILED**
APR 18 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>Hijinio ANASTACIO-Gomez,  )<br>  )<br>Defendant.  )<br>  ) | Mag. Case No.  '08 MJ 8331<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found In the<br>United States |

The undersigned complainant being duly sworn states:

On or about April 17, 2008, within the Southern District of California, defendant Hijinio ANASTACIO-Gomez, an alien, who previously had been excluded, deported and removed from the United States to Honduras was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States code, section 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Senior Border Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 18th DAY OF APRIL 2008.

_____
PETER C. LEWIS
U.S. MAGISTRATE JUDGE

(1)

UNITED STATES OF AMERICA

v.

Hijinio ANASTACIO-Gomez

## STATEMENT OF FACTS

The complainant states that this complaint is based upon the statements of the apprehending Border Patrol Agent, J. Valle, the Defendant was found and arrested on April 17, 2008, in Brawley, California.

Border Patrol Agent J. Valle responded to a call from the Brawley, California, Police Department of three possible undocumented aliens being detained by Officer C. Vau Driessche on "A" Street in Brawley. Agent Valle arrived at the location and approached the three individuals, one of whom was later identified as Hijinio ANASTACIO-Gomez. Agent Valle determined ANASTACIO-Gomez was a citizen and national of Honduras with no immigration documents which would allow him to enter into or remain in the United States legally. Agent Valle arrested ANASTACIO-Gomez and the other two undocumented aliens. ANASTACIO-Gomez and the two other individuals were placed under arrest.

Record checks revealed an Immigration Judge ordered ANASTACIO-Gomez deported to Honduras from the United States on October 11, 2007. Record checks also revealed ANASTACIO-Gomez has a criminal record.

There is no evidence ANASTACIO-Gomez has sought or received permission from the Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States.