FILED

08 MAY 14 PM 3:00

BY: ECL DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08 CR 1543 H |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 8, U.S.C., Secs. 1326(a) and (b) - Deported Alien Found in the United States |
| HIJINIO ANASTACIO-GOMEZ, | |
| Defendant. | |

The grand jury charges:

On or about April 17, 2008, within the Southern District of California, defendant HIJINIO ANASTACIO-GOMEZ, an alien, who previously had been excluded, deported and removed from the United States to Honduras, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//

//

JDM:fer:Imperial
5/14/08

It is further alleged that defendant HIJINIO ANASTACIO-GOMEZ was removed from the United States subsequent to December 22, 2000.

DATED: May 14, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
JAMES P. MELENDRES
Assistant U.S. Attorney

2