```
 1  KAREN P. HEWITT
    United States Attorney
 2  CARLOS ARGUELLO
    Assistant U.S. Attorney
 3  California State Bar No. 157162
    Federal Office Building
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone: (619) 557-6252
    Facsimile: (619) 235-2757
 6
    Attorneys for Plaintiff
 7  United States of America
```

                    UNITED STATES DISTRICT COURT

                   SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08cr1543H |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **JOINT MOTION TO CONTINUE** |
| | ) | **MOTION HEARING** |
| HIJINIO ANASTACIO-GOMEZ, | ) | |
| Defendants. | ) | |

IT IS HEREBY JOINTLY MOVED, by and between the Plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Carlos Arguello, Assistant United States Attorney, and Defendant Hijinio Anastacio-Gomez, by and through his counsel, Hanni M. Fakhoury, that the motion hearing in this matter be continued from June 2, 2008, at 2:00 p.m., until July 14, 2008, at 2:00 p.m.

The parties agree that time is excludable under the Speedy Trial Act as substantive motions have been previously filed.

///

///

///

```
///

///

     SO MOVED.


             DATED:   May 28, 2008      s/Carlos Arguello
                      _____ .  _____
                                        CARLOS ARGUELLO
                                        Assistant U.S. Attorney


             DATED:   May 28, 2008      s/Hanni M. Fakhoury
                      _____ .  _____
                                        HANNI M. FAKHOURY
                                        Attorney for Defendant
                                        HIJINIO ANASTACIO-GOMEZ
```

2