# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HIJINIO ANASTACIO-GOMEZ, ) <br> ) <br> Defendant. ) <br> ) | Case No. 08-CR-1543-H <br><br> **ORDER CONTINUING** <br> **MOTION HEARING** |

**IT IS HEREBY ORDERED** that the motion hearing set for June 2, 2008 at 2:00 p.m. be rescheduled to **July 14, 2008, at 2:00 p.m.** The defendant is currently in custody, and the Court finds that time is excludable under the Speedy Trial Act.

**IT IS SO ORDERED**.

DATED: May 29, 2008

_____
HONORABLE MARILYN L. HUFF
United States District Judge